Richard E. Leff, Esq. (RL-2123)
McGIVNEY & KLUGER, P.C.
80 Broad Street, 23rd Floor
New York, New York 10004
(212) 509-3456

Attorneys for Defendants:
LEHMAN BROTHERS INC., LEHMAN COMMERCIAL PAPER INC. and LEHMAN
BROTHERS HOLDINGS INC.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X    21 MC 102 (AKH)

JOSE SANCHEZ,                                               Index No.: 07-CV-4513

                              Plaintiff(s),      **NOTICE OF ADOPTION OF ANSWER
                                                 TO MASTER COMPLAINT**

     -against-                                   **ELECTRONICALLY FILED**

90 CHURCH STREET LIMITED
PARTNERSHIP, *et al.*,

                              Defendant(s).
-------------------------------------------------------X

PLEASE TAKE NOTICE that Defendants, LEHMAN BROTHERS INC., LEHMAN

COMMERCIAL PAPER INC. and LEHMAN BROTHERS HOLDINGS INC., by their

attorneys, McGIVNEY & KLUGER, P.C., as and for their Response to the allegations set forth

in the Complaint by Adoption (Check-Off Complaint) Related to the Master Complaint filed in

the above-referenced action, hereby adopt their Answer to Master Complaint dated August 10,

2007, which was filed in the matter of *In Re World Trade Center Lower Manhattan Disaster Site

Litigation*, 21 MC 102 (AKH).

WHEREFORE, the defendants, LEHMAN BROTHERS INC., LEHMAN

COMMERCIAL PAPER INC. and LEHMAN BROTHERS HOLDINGS INC., by their

attorneys, McGIVNEY & KLUGER, P.C., demand judgment dismissing the above-captioned

action as against them,

together with their costs and disbursements and for such other and further relief as this Court deems just and proper.

Dated: New York, New York
      August 30, 2007

                        Yours etc.,

                        McGIVNEY & KLUGER, P.C.
                        Attorneys for Defendants
                        LEHMAN BROTHERS INC., LEHMAN
                        COMMERCIAL PAPER INC. and LEHMAN
                        BROTHERS HOLDINGS INC.

                        By: _____
                            Richard E. Leff (RL-2123)
                            80 Broad Street, 23rd Floor
                            New York, New York 10004
                            (212) 509-3456

TO:    WORBY GRONER & NAPOLI BERN, LLP
        Plaintiffs Liaison
        In Re Lower Manhattan Disaster Site
        Litigation
        115 Broadway, 12th Floor
        New York, New York 10006
        (212) 267-3700

        All Defense Counsel