Robert J. Higgins, Esq. (RH-6477)
Judith R. Cohen, Esq. (JC-8614)
Kenneth H. Frenchman, Esq. (KF-3635)
DICKSTEIN SHAPIRO LLP
1177 Avenue of the Americas
New York, NY 10036-2714
(212) 277-6500

Attorneys for Defendant Merrill Lynch & Co., Inc.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
:
IN RE WORLD TRADE CENTER LOWER        :   21 MC 102 (AKH)
MANHATTAN DISASTER SITE LITIGATION    :
:
:
:
:
:
------------------------------------------------------------X
JOSE SANCHEZ,                          :   07-CV-4513-AKH
:
        Plaintiff,                     :
:   **NOTICE OF ADOPTION**
  - against -                          :   **OF ANSWER**
:   **TO MASTER COMPLAINT**
90 CHURCH STREET LIMITED               :   **BY MERRILL LYNCH**
PARTNERSHIP**,** *et al.***,**         :
:   **ELECTRONICALLY FILED**
        Defendants.                    :
------------------------------------------------------------X

      PLEASE TAKE NOTICE THAT Defendant Merrill Lynch & Co., Inc. ("Merrill Lynch"), as and for its responses to the allegations set forth in the Complaint by Adoption (Check-Off Complaint) Related to the Master Complaint filed in the above-referenced action, hereby adopts Merrill Lynch's Answer to Master Complaint, dated August 3, 2007, which was filed in the matter of *In re World Trade Center Lower Manhattan Disaster Site Litigation,* 21 MC 102 (AKH).

WHEREFORE, Merrill Lynch demands judgment dismissing the above-captioned action as against it, together with its costs and disbursements and for such other and further relief as this Court deems just and proper.

Dated: New York, New York
       September 14, 2007

DICKSTEIN SHAPIRO LLP

/s/ Judith R. Cohen_____
By: Robert J. Higgins (RH-6477)
    Judith R. Cohen (JC-8614)
    Kenneth H. Frenchman (KF-3635)
    1177 Avenue of the Americas
    New York, New York 10036
    Phone: (212) 277-6500
    Fax: (212) 277-6501
    *Attorneys for Defendant*
    MERRILL LYNCH & CO., INC.