UNITED STATED DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
IN RE LOWER MANHATTAN DISASTER SITE
LITIGATION
------------------------------------------------------------------x
JOSE SANCHEZ,

                          07 CV4513 (AKH)

           Plaintiffs,

   -against-

90 CHURCH STREET LIMITED PARTNERSHIP,
ALAN KASMAN DBA KASCO,
AMBIENT GROUP, INC.,
AMERICAN EXPRESS COMPANY,
AMERICAN EXPRESS TRAVEL RELATED SERVICES
COMPANY, INC.,
BATTERY PARK CITY AUTHORITY,
BELFOR USA GROUP, INC.,
BFP TOWERC CO. LLC.,
BFP TOWER C MM LLC.,
BLACKMON-MOORING- STEAMATIC CATASTOPHE, INC.,
D/B/A BMS CAT,
BOARD OF EDUCATION OF THE CITY OF NEW YORK,
BOSTON PROPERTIES, INC.,
BROOKFIELD FINANCIAL PROPERTIES, INC.,
BROOKFIELD FINANCIAL PROPERTIES, LP.,
BROOKFIELD PARTNERS, LP.,
BROOKFIELD PROPERTIES CORPORATION,
BROOKFIELD PROPERTIES HOLDINGS INC.,
ENVIROTECH CLEAN AIR, INC.,
GPS ENVIRONMENTAL CONSULTANTS, INC.,
HILLMAN ENVIRONMENTAL GROUP,
INDOOR ENVIRONMENTAL TECHNOLOGY INC.,
KASCO RESTORATION SERVICES, CO.,
LEHMAN BROTHERS HOLDINGS INC.,
LEHMAN BROTHERS, INC.,
LEHMAN COMMERCIAL PAPER, INC.,
MCCLIER CORPORATION,
MERRILL LYNCH & CO, INC.,
NEW YORK CITY SCHOOL CONSTRUCTION AUTHORITY,
ONE WALL STREET HOLDINGS, LLC.,
STRUCTURE TONE (UK ) INC.,
STRUCTURE TONE GLOBAL SERVICES INC.,

THE BANK OF NEW YORK TRUST COMPANY NA.,
TRAMMELL CROW COMPANY,
TRAMMELL CROW CORPORATE SERVICES, INC.,
TRIBECA LANDING LLC,
VERIZON COMMUNICATIONS, INC.,
VERIZON NEW YORK, INC.,
VERIZON PROPERTIES, INC.,
WESTON SOLUTIONS, INC.,
WFP RETAIL CO. G.P. CORP.,
WFP RETAIL CO. L.P.,
WFP TOWER D CO. G.P. CORP.,
WFP TOWER D HOLDING CO I L.P.,
WFP TOWER D HOLDING I G.P. CORP.
ANDWFP TOWER D CO., L.P. ET AL
                              Defendants.
----------------------------------------------------------------------x

PLEASE TAKE NOTICE that defendant Envirotech Clean Air Inc. ("Envirotech"), as and for their responses to the allegations set forth in the Complaint by Adoption ("Check-off Complaint") related to the Master Complaint filed in the above-referenced action, hereby adopts Envirotech's Answer to the Master Complaint dated August 3, 2007, which was filed in the matter of *In re World Trade Center Lower Manhattan Disaster Site Litigation*, 21 MC 102 (AKH).

WHEREFORE, the defendant Envirotech demands judgment dismissing the above-captioned action as against each of them, together with costs and disbursements.

Dated: Lake Success, New York
       September 14, 2007

                                        Yours, etc.

                                        FRIEDMAN, HARFENIST, LANGER & KRAUT
                                        Attorneys for Defendant –Envirotech
                                        3000 Marcus Avenue, Suite 2E1
                                        Lake Success, New York 11042
                                        (516) 775-5800
                                        BY: _____
                                            Heather L. Smar (4622)