UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
IN RE WORLD TRADE CENTER LOWER                : 21 MC 102 (AKH)
MANHATTAN DISASTER SITE LITIGATION            :
:
------------------------------------------------------------------X
JOSE SANCHEZ,                                 : 07-CV-4513-AKH
:
                Plaintiff,               :
: **APPEARANCE**
   - against -                               :
:
90 CHURCH STREET LIMITED                      :
PARTNERSHIP, *et al.*,                        : **ELECTRONICALLY FILED**
:
                Defendants.
------------------------------------------------------------------X

To the Clerk of this Court and all parties of record:

Enter my appearance as counsel in this case for:

**MERRILL LYNCH & CO., INC.**

I certify that I am admitted to practice in this court.


Dated: New York, New York          DICKSTEIN SHAPIRO LLP
       October 3, 2007

                               By:   /s/ Judith R. Cohen
                                      Judith R. Cohen (JC-8614)
                                      1177 Avenue of the Americas
                                      New York, New York 10036
                                      Phone: (212) 277-6500
                                      Fax: (212) 277-6501
                                      *Attorney for Defendant*
                                      MERRILL LYNCH & CO., INC.