Richard E. Leff, Esq. (RL-2123)
McGIVNEY & KLUGER, P.C.
80 Broad Street, 23rd Floor
New York, New York 10004
(212) 509-3456

Attorneys for Defendant:
RY MANAGEMENT CO., INC., i/s/h/a RY MANAGEMENT (hereinafter referred to as "RY").

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X   21 MC 102 (AKH)

JOSE SANCHEZ,                                                Index No.:  07-CV-4513

                          Plaintiff(s),    **NOTICE OF ADOPTION OF ANSWER TO MASTER COMPLAINT**

    -against-
                                                   **ELECTRONICALLY FILED**

90 CHURCH STREET LIMITED
PARTNERSHIP, *et al.*,

                          Defendant(s).
---------------------------------------------------------X

      PLEASE TAKE NOTICE that Defendant, RY MANAGEMENT CO., INC., i/s/h/a RY MANAGEMENT (hereinafter referred to as "RY"), by its attorneys, McGIVNEY & KLUGER, P.C., as and for its Response to the allegations set forth in the Complaint by Adoption (Check-Off Complaint) Related to the Master Complaint filed in the above-referenced action, hereby adopts its Answer to Master Complaint dated October 10, 2007, which was filed in the matter of *In Re World Trade Center Lower Manhattan Disaster Site Litigation*, 21 MC 102 (AKH).

      WHEREFORE, the defendant, RY MANAGEMENT CO., INC., i/s/h/a RY MANAGEMENT (hereinafter referred to as "RY"), demands judgment dismissing the above-captioned action as against it,

together with its costs and disbursements and for such other and further relief as this Court deems just and proper.

Dated: New York, New York
       January 4, 2008

>     Yours etc.,
>
>     McGIVNEY & KLUGER, P.C.
>     Attorneys for Defendant
>     RY MANAGEMENT CO., INC., i/s/h/a RY
>     MANAGEMENT (hereinafter referred to as "RY"),
>
>     By: _____
>     Richard E. Leff (RL-2123)
>     80 Broad Street, 23rd Floor
>     New York, New York 10004
>     (212) 509-3456

TO:   WORBY GRONER & NAPOLI BERN, LLP
      Plaintiffs Liaison
      In Re Lower Manhattan Disaster Site
      Litigation
      115 Broadway, 12th Floor
      New York, New York 10006
      (212) 267-3700

      All Defense Counsel

2